# TRIAL COURT OFFICIAL'S
# REQUEST FOR EXTENSION OF TIME TO FILE RECORD

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
5/19/2015 1:28:56 PM
CATHY S. LUSK
Clerk

Court of Appeals No. (If known): 12 - 15 - 00012 - CR

Trial Court Style: The State of Texas vs Anthony Jermaine Mallard

Trial Court & County: 188th District Court   Trial Court No.: 43,518 - A

Date Trial Clerk's Record Originally Due:

Date Court Reporter's/Recorder's Record Originally Due: May 18, 2015

Anticipated Number of Pages of Record: 150 pages

I am responsible for preparing a record in this appeal but I am unable to file the record by the original due date for the following reason/s:   (Check all that apply - attach additional pages if necessary.)

☐ to the best of my knowledge, the Appellant has made no claim of indigence and has failed to either ☐ the required fee or to make arrangements to pay the fee for preparing the record.

☐ my duties listed below preclude working on this record:

☑ Other. (Explain.): I'm currently working on this record, and I will have it done by June 8, 2015.

I anticipate this record will be completed and forwarded to the 12ᵗʰ Court of Appeals by June 8th, and I hereby request an additional ___21___ days within which to prepare it. TEX. R. APP. P. 37.3.

In compliance with TEX. R. APP. P. 9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the trial Court's judgment or order being appealed. I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.

May 19, 2015
Date                                              Signature

903. 237. 2688
Office Phone Number                               Printed Name

grelyn.freeman@co.gregg.tx.us
E-mail Address (if available)                     Official Title

TEXAS RULE OF APPELLATE PROCEDURE 9.5(e) reads:

*Certificate requirements.* A certificate of service must be signed by the person who made the service and must state:

(1) the date and manner of service;
(2) the name and addresses of each person served; and
(3) if the person served is a party's attorney, the name of the party represented by that attorney.

The following parties have been served with a copy of this document:
(Information may be either printed or typed.)

Lead Counsel for APPELLANT(S):

Name: Clay Graham

Address: 5719 Airport Fwy

Fort Worth, TX 76117

Phone no.: 817. 334. 0081

Attorney for: the defendant

Lead Counsel for APPELLEE(S):

Name: Zan Colson Brown

Address:

Gregg County Courthouse

Phone no.:

Attorney for: the State of Texas

Lead Counsel for APPELLANT(S):

Name:

Address:

Phone no.:

Attorney for:

Lead Counsel for APPELLEE(S):

Name:

Address:

Phone no.:

Attorney for:

Additional                    information,                    if                    any: